No. 80–5921. KRUEGER *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 80–6055. WILLIAMS *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 80–6118. CAUSEY *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 80–6165. WILLIAMS *v.* KELLEY ET AL. C. A. 5th Cir. Certiorari denied.

No. 80–6192. McCRARY *v.* HONGISTO ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–6214. DUFFIELD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 80–6269. BURTON *v.* WHITE, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 80–6286. McKNABB *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–6384. BUTLER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 80–6431. BROWN ET AL. *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 80–6432. SINCLAIR *v.* DALSHEIM, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 80–6433. CHICCO *v.* PECK. C. A. 1st Cir. Certiorari denied.